No. 1128. IGLESIAS, DEMANDANTE Y APELANTE, *v.* ANEXY ET AL., DEMANDADOS Y APELADOS.—Apelación procedente de la

Corte de Distrito de San Juan, Sección 2ª., en un caso de ter-
cería de dominio e *injunction*. Moción de la parte apelante
desistiendo de la apelación de acuerdo con la parte apelada.
Resuelto en marzo 31, 1914. Se tiene a la parte apelante por
desistida de la apelación. Abogados de la apelante: *Sres.
Muñoz & Brown*. Abogado de la apelada Dolores Benítez:
*Sr. Eugenio Benítez Castaño*.